703 A.2d 1394

IN THE MATTER OF LEONARD C. GUZZINO, III, AN ATTORNEY AT LAW.

December 23, 1997.

## ORDER

**LEONARD C. GUZZINO, III,** of **CALIFON,** who was admitted to the bar of this State in 1993, having pleaded guilty to a Morris County Accusation charging him with second degree manslaughter, in violation of *N.J.S.A.* 2C:11–4b, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LEONARD C. GUZZINO, III,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LEONARD C. GUZZINO, III,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **LEONARD C. GUZZINO, III** comply with *Rule* 1:20–20 dealing with suspended attorneys.